1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                      **SACRAMENTO DIVISION**

11

12   DEAN ANCHOR,                          )      Case No.  2:06-CV-01909-MMS
                                            )
13                       Petitioner,        )      ORDER TO SHOW CAUSE
     v.                                     )
14                                          )
     ROSANNE CAMPBELL, Warden,              )
15                                          )
                         Respondent.        )
16   _____)

17

18          Petitioner is a state prisoner proceeding with a petition for writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges the 2005 decision by

20   the California Board of Parole Hearings finding him unsuitable for parole, in part

21   because of the circumstances of his crime.  Such a claim is cognizable in federal

22   court under the Ninth Circuit decision in Hayward v. Marshall, 512 F.3d 536 (9th

23   Cir. 2008).  On May 16, 2008, the Ninth Circuit granted rehearing en banc in

24   Hayward, and the case was argued on June 24, 2008.

25          Accordingly, IT IS HEREBY ORDERED that within thirty days of the date

26   of this order, the parties shall show cause why this action should not be

27   administratively stayed pending the Ninth Circuit's decision in Hayward v.

28

Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, 527 F.3d 797 (9th Cir. 2008).

       DATED:       March 5, 2009

/s/ *Mary M. Schroeder*
MARY M. SCHROEDER,
United States Circuit Judge
Sitting by designation