# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DEAN ANCHOR,<br><br>    Petitioner,<br>v.<br>ROSANNE CAMPBELL, Warden,<br><br>    Respondent. | Case No. 2:06-CV-01909-MMS<br><br>ORDER |

On March 6, 2009, this court ordered the parties to show cause why this action should not be administratively stayed pending the Ninth Circuit's en banc decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, 527 F.3d 797 (9th Cir. 2008).

No party has filed a statement of opposition. Accordingly, this action is stayed pending final disposition of Hayward v. Marshall.

DATED: April 7, 2009

/s/ *Mary M. Schroeder*
MARY M. SCHROEDER,
United States Circuit Judge
Sitting by designation